174

Argued October 25, affirmed October 25, 1972

STATE OF OREGON, *Respondent, v.* CHARLES CLIFFORD MOSS (No. C-72-02-0471 Cr), *Appellant.*

501 P2d 1300

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief were Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem.

*W. Michael Gillette,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

Affirmed from the bench.